IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD HADLEY, #A76279, **Plaintiff,** v. DR. LARSON, LPN DEBRA, and LPN MELODY, **Defendants.** | Case No. 18-cv-2164-SMY |

## **MEMORANDUM AND ORDER**

**YANDLE, District Judge:**

This matter comes before the Court for case management purposes. Requests for Waivers of Service sent to Defendants LPN Melody and Dr. Larson were returned dated September 30, 2019 (Doc. 27). Both Defendants' responsive pleadings were due December 2, 2019. *Id.* A Summons sent to Defendant LPN Debra was returned executed on November 27, 2019 (Doc. 31). Thus, Defendant LPN Debra's responsive pleading was due on December 13, 2019. *Id.* To date, Defendants LPN Melody, Dr. Larson, and LPN Debra have failed to move, answer, or otherwise plead in response to the Complaint.

Now pending before the Court are Plaintiff's motions seeking default judgment as to all defendants (Docs. 34 and 35). Federal Rule of Civil Procedure 55 provides the proper procedure for obtaining a default judgment. Under Rule 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Once default is entered, a party may seek default judgment under Rule 55(b).

Page 1 of 2

Accordingly, Plaintiff's request for entry of default judgment is **DENIED** as premature. Insofar as Plaintiff seeks entry of default against Defendants pursuant to Rule 55(a), his Motions are **GRANTED**. The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendants LPN Melody, Dr. Larson, and LPN Debra.

The Court **FURTHER ORDERS** as follows:

(1) Plaintiff is **ORDERED** to move for default judgment against Defendants on or before **August 18, 2020**, in accordance with Federal Rule of Civil Procedure 55(b).

(2) If Plaintiff fails to move for default judgment as set forth in this Order, this action will be dismissed for failure to prosecute and/or failure to comply with an order of the Court.

(3) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and Defendants.

**IT IS SO ORDERED.**

**DATED: July 22, 2020**

/s/ Staci M. Yandle
**STACI M. YANDLE**
**U.S. District Judge**