IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *LEONARD HADLEY, #A76279,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-02164-SMY |
| ) | |
| *DENNIS LARSON, DEBORAH HALE, and* ) | |
| *MELODY MURRY,* ) | |
| ) | |
| Defendants. | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME**

COME NOW Defendants, Dennis Larson, M.D., Deborah Hale, and Melody Murry, by and through their attorneys, Sandberg Phoenix & von Gontard P.C., state the following for their Motion for Leave to File Answer Out of Time:

1. Plaintiff filed the original Complaint in the above-captioned action on December 12, 2018, in the United States District Court for the Southern District of Illinois. Doc. 1.

2. On September 30, 2019, this Court completed a Merits Review and issued a Memorandum and Order dismissing claims against several defendants and finding the claims should proceed against Defendants Larson, Murry, and Hale as Count 3. *See generally,* Doc. 25.

3. Defendant Larson executed and submitted a Waiver of Service of Summons (Doc. 26), filed on October 25, 2019. An Answer was due on his behalf on or before December 2, 2019, but was not timely filed due to an inadvertent oversight discussed in more detail in Defendants' Motion to Set Aside Default.

4. Defendant Murry executed and submitted a Waiver of Service of Summons (Doc. 26), filed on October 25, 2019. An Answer was due on her behalf on or before December 2, 2019,

1

but was not timely filed due to an inadvertent oversight discussed in more detail in Defendants' Motion to Set Aside Default.

5. On or before November 27, 2019, Defendant Hale was served with summons. An Answer was due on or before December 13, 2019, but was not timely filed due to an inadvertent oversight discussed in more detail in Defendants' Motion to Set Aside Default.

6. Defendants Larson, Hale, and Murry now respectfully request leave to file respective Answers out of time. A proposed Answer for each Defendant is attached hereto as Exhibits 1 (Larson), 2 (Hale), and 3 (Murry).

7. No party will be prejudiced by the late filing of Defendants' respective Answers. These Defendants are the only remaining defendants in this case, and no discovery has been completed and no trial date has been assigned. Defendants maintain there are meritorious defenses to Plaintiff's allegations.

8. For these reasons, in the interests of justice and of litigating the substance of the pending claim, Defendants Larson, Hale, and Murry respectfully request the Court grant their Motion for Leave and deem the attached Answers to Plaintiff's allegations filed *instanter* as of this date.

WHEREFORE, for the reasons stated above, Defendants Larson, Hale, and Murry respectfully request the Court grant their Motion for Leave to File Answer Out of Time, to deem the attached Answers to Plaintiff's Complaint filed *instanter* as of this date, and for any other relief deemed proper under the circumstances.

SANDBERG PHOENIX & von GONTARD P.C.

By: _____*/s/ Kevin K. Peek*_____
Rodney M. Sharp, #6191776
Kevin K. Peek, #6328823
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
rsharp@sandbergphoenix.com
kpeek@sandbergphoenix.com

*Attorneys for Defendants*

### Certificate of Service

I hereby certify that on the 29th day of July 2020, the foregoing was filed electronically with the Clerk of the Court and mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

**LEGAL MAIL**
Leonard Hadley, #A76279
Big Muddy River Correctional Center
251 N. Illinois Highway 37
P.O. Box 900
Ina, IL  62846

_____*/s/ Kevin K. Peek*_____