**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **LEONARD HADLEY, #A76279,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | Case No. 3:18-cv-02164-GCS-SMY |
| ) | |
| **DR. LARSON, et al.,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on Plaintiff's Motion to Reconsider the Court's November 2, 2020 Order denying his Motion for Recusal of Magistrate Judge Gilbert C. Sison (Doc. 90). In the Order (Doc. 80), the Court noted that Plaintiff filed two Consents to Magistrate Judge jurisdiction including a handwritten "Motion for Consent for Magistrate" on April 17, 2019 (Doc. 13), and a Consent to have a Magistrate Judge conduct any and all proceedings in this case on November 27, 2019 (Doc. 32). Plaintiff's motion requesting copies of the Consents was granted (Docs. 86, 87).

Plaintiff now alleges the Consents were fabricated and makes accusations of deceit by the Court and the Clerk's Office. Specifically, he asserts that the Consent forms bear no resemblance to a Consent form he filed in SDIL case no. 19-cv-00754-NJR (*see* Doc. 6). While it is true that the form Plaintiff filed in 19-754 differs from the form filed in this case, the form in 19-754 is an outdated form which is no longer used by this Court. Plaintiff submitted the form in 19-754 when he filed his Complaint in that case; it was not sent to him by the Court. In this case, the first Consent filed was entirely handwritten. (Doc. 13). The second Consent, filed six days after it was sent to Plaintiff, was on a form sent to Plaintiff by the Court (Docs. 30, 32) and is identical to the

Consent filed by the Defendants.  (Docs. 41, 45).

A review of the documents in this case supports the finding that Plaintiff filed not one, but two Consents to Magistrate Judge jurisdiction.  The format and handwriting of the handwritten Consent clearly match the format and handwriting of other documents filed by Plaintiff in this case.  Plaintiff's allegations to the contrary are simply not credible.  Accordingly, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  February 4, 2021**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**